UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTELLA CURRY, | ) | CV08-03285-MMM(JCx) |
| | ) | |
| Plaintiff(s), | ) | ORDER OF DISMISSAL FOR |
| | ) | LACK OF PROSECUTION |
| vs | ) | |
| | ) | (Pursuant to Local Rule 41) |
| PARSON INFRASTUCTURE AND TECHNOLOGY GROUP, | ) | |
| | ) | |
| Defendant(s). | ) | |

On October 31, 2008, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than <u>November 24, 2008</u>.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: December 2, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE